Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:(949) 258-5081

*Attorneys for Plaintiff,*
Michael Grecco Productions, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>LEONIS CAPITAL PARTNERS, LLC a Delaware Limited Liability Company; JAY ZHAO, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-7818<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**DEMAND FOR JURY TRIAL** |

Michael Grecco Productions, Inc. ("Grecco"), by and through its attorneys of record, complains against Leonis Capital Partners, LLC. ("Leonis Capital" or "Defendant") and DOES 1-10, inclusive, as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendant Leonis Capital for its acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

2. This Court has subject matter jurisdiction over this copyright infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

3. Venue is proper in this District under 28 U.S.C. §§ 1391(b)(2) and (c) in that the claim arises in this Judicial District, the Defendants reside and transact business in this Judicial District, and the injury suffered by Grecco took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

4. Plaintiff Grecco is a photography studio and business owned and operated by photographer Michael Grecco and registered with the State of California on or around January 1, 1998. Grecco is the successor by corporate name change from Michael Grecco Photography, Inc. to Michael Grecco Productions, Inc. on January 26, 2012. Grecco is a California corporation with its principal place of business at 3103 17th Street, Santa Monica, California 90405.

5. Grecco is informed and believes and, upon such, alleges that Defendant Leonis Capital Partners d/b/a Leonis Capital is a limited liability company formed and existing under the laws of Delaware with its principal place of business located in San Francisco, California.

6. Plaintiff is informed, believes, and thereon alleges that Defendant Zhao is an individual residing and doing business in San Francisco, California.

7. DOES 1 through 10, inclusive, are unknown to Grecco, who therefore sues

said Defendants by such fictitious names. Grecco will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Grecco is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" are legally responsible in some manner for the events and happenings herein alleged, and that Grecco's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

*Plaintiff's Business and the Google Photographs Forming the Subject Matter of This Dispute*

8. As part of its business as a prominent celebrity photography agency, Grecco is hired by a multitude of top-tier media outlets, including certain Hollywood studios, to take photographs of celebrities. Michael Grecco has been asked to create and photograph iconic cover and portrait shots of legendary musicians, actors, directors, technologists, Olympians, fashion models, comedians, athletes and automobiles—such as Johnny Cash, Steven Spielberg, Will Smith, Joaquin Phoenix, Penelope Cruz, Olympian Janet Evans, Martin Scorsese, Steve Martin, Chris Rock, the SnapChat Founders, and Porsche's legendary 911 sports automobile. Michael Grecco has photographed for some of the most significant publications and magazines in the world, from Vanity Fair to Rolling Stone to ESPN Magazine to People and Forbes and Esquire to name a few, as well as for iconic brands to advertise their products, such as his iconic Porsche photographs. Grecco then licenses its photographs on an exclusive and non-exclusive basis to top-tier media outlets. Grecco has licensed individual images of celebrities for thousands of dollars to major top-tier outlets.

9. Grecco has created many stylized and valuable photographs of celebrities. Among them is the Google Photograph that frames the subject matter of this dispute.

10. The Google Photograph is a photograph of Google founders Larry Page and Sergey Brin. A true and correct copy of the Google Photo is attached hereto as Exhibit A.

11. Grecco timely obtained the copyright registration for the Google Photo with

the United States Copyright Office. The Google Photo was registered with the copyright office on November 18, 2002, over twenty years before Defendants' copyright infringement in March 2024. *See* VAu590-445. A true and correct copy of the Copyright Registration Certificate is attached hereto as Exhibit B.

12. In the marketplace, celebrity photos, such as the Google Photo, carry tremendous monetary value. Grecco licenses these images to various third parties to create highly sought-after feature spreads, among other things, on television, print, and online. The Google Photo itself has been licensed to media outlets for many thousands of dollars.

*The Defendants and the Marketplace*

13. Leonis Capital is a venture capital fund investing in tech companies powered by Artificial Intelligence. Founded in 2021, Leonis Capital considers itself a fund that acts with "research-backed conviction" and invests in "founders with unique insights and technical expertise."

14. On information and belief, Leonis Capital profits through their infringement of the Google Photo by attracting future customers to use and patronize their services.

15. Defendants understand the immense value of intellectual property protections. As a sophisticated venture capital fund that orchestrates investment into advanced technology startups and the founder thereof, Defendants are keenly aware of the worth of intellectual property as a valuable commodity. Further, Leonis Capital actively polices and vigorously protects its own intellectual property rights from infringement, as demonstrated by the '©' copyright notice featured at the bottom of the Leonis Capital website.

16. Still, despite its awareness of the importance of intellectual property rights, its potential to incur liability for the infringement of the same, and Leonis Capital's sophisticated operators, Leonis Capital infringed Grecco's copyrights to the Google Photos.

17. In or about early 2024, Leonis Capital founder Jay Zhao posted the Google

COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

Photo to an article using Leonis Capital's LinkedIn platform titled "*How Venture Funds Source Deals*." A true and correct copy of the Google Photo infringement is attached hereto as Exhibit C which demonstrates that the Howard Photo was reproduced, distributed and publicly displayed by Leonis Capital and on Leonis Capital's LinkedIn Platform. Grecco discovered this infringement on March 9, 2024.

18. On March 19, 2024, Grecco sent Defendants a Cease-and-Desist letter, demanding Defendants remove the Google Photo from its LinkedIn platform and address the damages of their infringement of the same. A true and correct copy of the Cease-and-Desists are attached as Exhibit D.

19. As of August 30, 2024 Defendants failed to respond to Grecco, despite Leonis Capital's receipt of Grecco's correspondence.

20. Grecco is informed and believes that Leonis Capital has violated federal law by infringing Grecco's copyright to at least the Google Photo (identified in Exhibit A). Specifically, Leonis Capital reproduced, distributed and publicly displayed the Google Photo, and/or derivatives thereof without permission, consent, or license.

21. Grecco has never sold or licensed the Google Photo to Leonis Capital or Zhao.

22. Grecco is informed and believes that Leonis Capital and Zhao have driven significant traffic to its own platforms in part due to the presence of the sought after and searched for Google Photo that frames this dispute. As mentioned above, all this traffic translates into substantial ill-gotten commercial advantage and revenue generation for Leonis Capital as a consequence of their infringing actions.

## FIRST CLAIM FOR RELIEF

**(Copyright Infringement, 17 U.S.C. § 501, Against all Defendants)**

23. Plaintiff Grecco incorporates herein by reference the allegations in paragraphs 1 through 22 above.

24. Grecco is the rightsholder to the copyrights of the Google Photo, which substantially consists of wholly original material that constitutes copyrightable subject

4
COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

matter under the laws of the United States. Grecco has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Google Photos have been timely registered with the United States Copyright Office. *See* VAu590-445.

25. Defendants have directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe Grecco's copyright by reproducing, displaying, distributing, and utilizing the Google Photos for purposes of trade without authorization of or payment to Grecco in violation of 17 U.S.C. § 501 et seq.

26. Defendants have willfully infringed, and unless enjoined, will continue to infringe Grecco's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Google Photos for the purposes of trade.

27. Grecco is informed and believes that Defendants acts of infringement are willful because, inter alia, Leonis Capital is a sophisticated business entity and technology company that is comprised of individuals with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

28. Grecco is informed and believes that Defendants, despite such knowledge, willfully reproduced and distributed the Google Photos, without any right to do so.

29. Defendants have received substantial benefits in connection with the unauthorized reproduction, distribution, and utilization of the Google Photo for purposes of trade, including by increasing the traffic to their LinkedIn (and their other platforms) and use of their services.

30. Defendants' unauthorized actions were performed without Grecco's permission, license, or consent.

31. Defendants' wrongful acts have caused, and are causing, great injury to Grecco, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Grecco will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Grecco seeks a

declaration that Defendants are infringing Grecco's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Grecco's copyrights.

32. As a result of Defendants wrongful acts alleged herein, Grecco has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

33. Because of the willful nature of Defendants copyright infringement, Grecco is entitled to an award of statutory damages of up to $150,000 per copyrighted work.

34. Grecco has identified at least one copyrighted work infringed by Defendants, which occurred by way of reproduction, public distribution, and public display of the Google Photo on Leonis Capital's platform. As such, Grecco is entitled to an award of $150,000 in statutory damages.

35. Alternatively, at its discretion, Grecco is entitled to actual damages in an amount to be proven at trial for the infringement of the Google Photos.

36. Grecco is also entitled to its attorney's fees and costs in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Grecco requests judgment against Defendant as follows:

A. Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Grecco's rights in the Google Photo at issue.

B. Defendants be held liable to Grecco in statutory damages for copyright infringement in accordance with 17 U.S.C. §§ 504 (a)(2) and (c) and for costs, interest,

and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

  C. An accounting be made for all profits, income, receipts, or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon Grecco's copyrights pursuant to 17 U.S.C. § 504 (a)(1) and (b).

  D. Requiring Defendants to account for and pay over to Grecco all profits derived by Defendants from their acts of copyright infringement and to reimburse Grecco for all damages suffered by Grecco by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

  E. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) and (b).

  F. That Grecco be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  September 12, 2024      **ONE LLP**

            By: */s/ Peter R. Afrasiabi*
              Peter R. Afrasiabi

            *Attorneys for Plaintiff,*
            Michael Grecco Productions, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff Michael Grecco Productions, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated: September 12, 2024          By: */s/ Peter R. Afrasiabi*
                                       Peter R. Afrasiabi

                                       *Attorneys for Plaintiff,*
                                       Michael Grecco Productions, Inc.