# EXHIBIT D

## Leonis Capital - United States Federal Copyright Infringement

**Copyright Department <copyright@grecco.com>**

Tue 3/19/2024 12:25 PM

To: ssingh@leonis-capital.com <ssingh@leonis-capital.com>;jay@leoniscap.com <jay@leoniscap.com>;zhao.jay1@gmail.com <zhao.jay1@gmail.com>
Cc: Michael Grecco <mg@grecco.com>
Bcc: Elizabeth Waterman <elizabeth@elizabethwaterman.com>

🔗 2 attachments (5 MB)
20021019_To_20021113_Grecco_0056_compressed.pdf; Screen Shot 2024-03-11 at 1.36.43 PM.png;

**Without Prejudice / Confidential – For Settlement Purposes Only – Subject to Rule 408**

March 19, 2024

Jay Zhao
Founder & General Partner
Leonis Capital
Apt 706, 845 California Street
San Francisco, CA 94108

To Whom It May Concern:

The below image of Google Founders was created by Michael Grecco Productions, Inc. (MGPI), and is being used on linkedin.com/pulse. I am authorized to act on behalf of Michael Grecco Productions, Inc., which has a good-faith belief that the use of its copyrighted material, as described herein, is not authorized by Michael Grecco Productions, Inc., its agent, or the law, and that the statements in this notification are accurate. The statements herein are made under the penalty of perjury. The use of the aforementioned material is in violation of the United States copyright law.

**Removal of this image from your website will not settle this matter.** A retroactive licensing fee arrangement, based on the full effect and power of the United States copyright law (including but not limited to remedies of statutory damages, actual damages, and DMCA 1202 penalties) must be reached; otherwise, a lawsuit will be initiated against Leonis Capital and its owners and chairs.

The image appears on the following links:

https://www.linkedin.com/pulse/how-venture-funds-source-deals-jay-zhao/

https://media.licdn.com/dms/image/C5612AQFrxBETZCpkYA/article-inline_image-shrink_1000_1488/0/1601396723061?e=1715212800&v=beta&t=cr-aKUFtgaJk2Id9hbHp_CYPaZCgNzn7miO6d6O4tdQ

I am a prominent photographer in the industry, and I have shot hundreds of magazine covers and advertising campaigns worldwide. The image infringed upon is an iconic image of Google Founders. The image was registered with the US Copyright Office, which means that statutory damages of up to $150,000, as well as the award of MGPI's legal fees, may be granted by the court. A copy of the registration with the US Copyright Office is attached.

If you have a license that we do not know about, please disclose the said license immediately. A full disclosure of all uses, both in print and on the web, will also be required to settle the matter.

This infringement is well documented and must be properly licensed or a lawsuit is imminent. **Again, simply removing the image from your website will not settle this matter.** I would advise that you look up who I am and how rigorously I defend my intellectual property. I am making your company a one-time offer to reach out and settle this matter before a complaint gets filed in federal court. You have until close of business on Tuesday, March 26, 2024, to acknowledge receipt of this email and let me know how you would like to proceed.

Thank you for your attention in this matter.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**

Director + Photographer

O: +1-310-452-4461

M: +1-310-251-4451

W: Grecco.com

calendly.com/michaelgrecco


**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*



