Jennifer A. Golinveaux (SBN 203056)
JGolinveaux@winston.com
Bobby Li (SBN 342224)
BLi@winston.com
Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000

Attorneys for Defendants
Leonis Capital Partners, LLC and Jay Zhao

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEONIS CAPITAL PARTNERS, LLC, a Delaware limited liability company; JAY ZHAO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:24-cv-7818 MRA (SSCx)**<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]<br><br>Complaint Served: September 20, 2024<br><br>Current Response Date: December 11, 2024<br><br>New Response Date: January 10, 2025 |

     Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and Defendants Leonis Capital Partners, LLC, Jay Zhao (collectively, "Defendants") by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 8-3, hereby stipulate to the following:

     1.    Plaintiff filed its Complaint in the above-referenced on September 12, 2024.

     2.    The Summons and Complaint in the above-referenced action were personally served on Defendants on September 20, 2024.

     3.    Defendants' Response to the Complaint was originally due on October 11, 2024.

     4.    On October 11, 2024, the Parties submitted to the Court a stipulation to extend Defendants' time to respond to Plaintiff's Complaint to November 11, 2024.

     5.    On November 11, 2024[1], the Parties agreed and submitted for the approval of the Court a second stipulation to extend Defendants' time to respond to Plaintiff's Complaint to December 11, 2024 in the interest of allowing the Parties more time to engage in settlement discussions, which the Court granted.

     6.    The Parties continue to be actively engaged in settlement discussions. On December 6, 2024, the Parties agreed to stipulate to an addition extension of the deadline for Defendants to respond to Plaintiff's Complaint by 30 days to January 10, 2025, in order to allow the Parties sufficient time to reach a negotiated settlement.

     **THEREFORE**, pursuant to Local Rule 8-3, the Parties respectfully request that the Court extend Defendants' time to respond to Plaintiff's Complaint to January 10, 2025.

Dated: December 10, 2024                         WINSTON & STRAWN LLP

---

[1] The Second Stipulation was re-filed on November 13, 2024 to address a deficiency in the original November 11, 2024 filing.

|     |                                                        |
| --- | ------------------------------------------------------ |
| 1   |                                                        |
| 2   | By: */s/ Jennifer A. Golinveaux*                       |
|     | Jennifer A. Golinveaux                                 |
| 3   | jgolinveaux@winston.com                                |
|     | Bobby Li                                               |
| 4   | bli@winston.com                                        |
| 5   | Attorneys for Defendants                               |
|     | LEONIS CAPITAL PARTNERS, LLC                           |
| 6   | and JAY ZHAO                                           |


By: */s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux
jgolinveaux@winston.com
Bobby Li
bli@winston.com

Attorneys for Defendants
LEONIS CAPITAL PARTNERS, LLC
and JAY ZHAO

ONE LLP

By: */s/ Peter R. Afrasiabi*
Peter R. Afrasiabi
pafrasiabi@onellp.com
Victoria E. Mulvey
vmulvey@onellp.com

Attorneys for Plaintiff
MICHAEL GRECCO PRODUCTIONS, INC.

**ECF ATTESTATION**

I, Jennifer A. Golinveaux, attest the above listed signatories on whose behalf this document is being filed, have concurred in the context and have authorized the filing.

                                          */s/ Jennifer A. Golinveaux*
                                          Jennifer A. Golinveaux